977 So.2d 902 (2008)
STATE ex rel. Charles Ray LOVE, Sr.
v.
STATE of Louisiana.
No. 2007-KH-1115.
Supreme Court of Louisiana.
March 7, 2008.
In re Love, Charles Ray Sr.;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Rapides, 9th Judicial District Court Div. B, No. 260,147; to the Court of Appeal, Third Circuit, No. KH 07-00411.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.